# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JERRY ANDERSON,

    Petitioner,

v.

PATON EATON, et al.,

    Respondents.

Case No. 2:20-cv-8962-CJC (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Petition, records on file, and the March 7, 2024 Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED Judgment will be entered denying the Third Amended Petition and dismissing this action with prejudice.

Dated: April 25, 2024

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE