JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>PATON EATON, et al.,<br><br>    Respondents. | Case No. 2:20-cv-8962-CJC (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Petition is denied and this action is dismissed with prejudice.

Dated: April 25, 2024

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE